IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| MICHAEL LEON STOVALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:04-cv-2919-UWC-TMP |
| ) | |
| STEPHEN BULLARD, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## ORDER DISMISSING THE PETITION

The magistrate judge filed his report and recommendation on November 2, 2005, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. Petitioner filed objections to the report and recommendation on November 25, 2005.

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation and petitioner's objections thereto, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the petition for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is DENIED and DISMISSED WITH PREJUDICE

Done this 30th day of November, 2005.

U.W. Clemon
Chief United States District Judge